OPINION — AG — THE QUESTION AS TO WHETHER A DIVORCED WOMAN WAS AN UNMARRIED FEMALE WITHIN THE SEDUCTION STATUTE WAS ANSWERED BY THE SUPREME COURT OF VIRGINIA. — WHETHER OR NOT A DIVORCED WOMAN IS AN UNMARRIED WOMAN WITHIN THE STATUTE RELATING TO SEDUCTION. SO FAR AS CHASTITY IS CONCERNED WE FEEL SURE THAT OUR COURT WILL HOLD THAT A DIVORCED WOMAN MAY BE A CHASTE WOMAN. (SAM LATTIMORE)